NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE SMITH,<br>　　　　Plaintiff | Hon. Dennis M. Cavanaugh |
| v.<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>　　　　Defendant. | **ORDER ON APPLICATION TO<br>PROCEED WITHOUT PREPAYMENT<br>OF FEES**<br><br>Civil Action No. 10-CV-5566(DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff, Lawrence Smith, to proceed *informa pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's affidavit;

**WHEREAS** Plaintiff is unemployed with no take-home pay, has no money in a savings or checking account, and has no income other than welfare benefits and food stamps with which to pay the filing fee required;

IT IS on this __17__ day of November, 2010;

**ORDERED** that the application is:

☒ **GRANTED, and**

☒ **The clerk is directed to file the complaint, and**

☒ **IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshall serve a copy of the complaint, summons, and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.**

_____
Dennis M. Cavanaugh, U.S.D.J.